**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

REMA VASSAR, Ph.D., Case No. 2:26-cv-14012

Plaintiff, Hon. ____________________

v.

BRIAN QUINN, et al.,

Defendants.
_________________________________/

**INDEX OF EXHIBITS TO COMPLAINT**

| Exhibit | Description |
|---|---|
| 1 | March 2024 Resolution Package (Executive Action Summary and Attachments A through D) |
| 2 | 2026 Code of Ethics and Conduct, as revised May 17, 2026 |

Dated: October 20, 2026

Respectfully submitted,

MAVACY, PLLC

By: /s/ Martin T. Shepherd
Martin T. Shepherd (P65331)
Attorney for Plaintiff
801 W. Ann Arbor Trail, Suite 205
Plymouth, MI 48170
(248) 469-4086
mshepherd@mavacy.com